Aliah A. Abdo, Esq. [SBN 260341]
THE ABDO LAW FIRM
1580 Aldrich Way
San Jose, CA 95121
Telephone: (408) 439-4671
Facsimile: (408) 904-6263
Email: aliah@abdolawgroup.com

Attorney for Defendant, Auburn Land MS LLC.

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>   Plaintiff,<br><br>v.<br><br>AUBURN LAND MS LLC, a California limited liability company, RAMADA WORLDWIDE, INC., a Delaware corporation and; DOES 1 through 20, Inclusive,<br><br>   Defendants. | Case. No.: 2:21-cv-01893 JAM DB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR AUBURN LANDS MS LLC TO RESPOND TO COMPLAINT** |

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Gerardo Hernandez and Defendant Auburn Land MS LLC that the time in which Defendant may respond to the Complaint be extended by 21 days from November 18, 2021, up to and including December 9, 2021.  There has been no previous extension of time in connection with this matter.  The signing parties respectfully request the Court so order.

/ / /

/ / /

Dated: November 12, 2021          **DERBY, MCGUINNESS & GOLDSMITH, LLP**

By: /s/ Celia McGuinness

   Celia McGuinness, Esq.
   Attorney for Plaintiff, Gerardo Hernandez

Dated: November 12, 2021          **THE ABDO LAW FIRM**

By: /s/ Aliah A. Abdo

   Aliah A. Abdo, Esq.
   Attorney for Defendant, Auburn Land MS LLC

**IT IS SO ORDERED.**

Dated:  November 12, 2021          /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE