DERBY, McGUINNESS & GOLDSMITH, LLP
CELIA McGUINNESS (Bar No. 159420)
1999 Harrison Street, Suite 1800
Oakland, CA 94612
Telephone:    (510) 987-8778
Facsimile:    (510) 359-4419
cmcguinness@dmglawfirm.com

DERBY, McGUINNESS & GOLDSMITH, LLP
ANTHONY GOLDSMITH (Bar No. 125621)
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Telephone:    (818) 213-2762
Facsimile:    (510) 359-4419
agoldsmith@dmglawfirm.com

**Attorneys for Plaintiff
GERARDO HERNANDEZ**

**UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>AUBURN LAND MS LLC, *et al.*<br><br>Defendants. | Case. No.: 2:21-cv-01893-JAM-DB<br><br>**ORDER GRANTING STIPULATION TO DISMISS ALL CLAIMS AND THE ENTIRE COMPLAINT AGAINST ALL DEFENDANTS WITH PREJUDICE WITH THE COURT TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

**ORDER**

Upon mutual agreement of the parties, all claims and the entire Complaint against all Defendants are hereby dismissed with prejudice, with each party to bear their own attorneys' fees, costs and litigation expenses. This Court will retain jurisdiction only to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

DATED: July 6, 2022            /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE